ACCEPTED
14-14-00924
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/13/2015 1:48:59 PM
CHRISTOPHER PRINI
CLERK

NO. 14-14-00924-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 1:48:59 PM
CHRISTOPHER A. PRINE
Clerk

VINCENT ANTHONY MATASSA
AND ADAM HENRY ROBINSON,
Appellants

v.

BRIGHTOIL PETROLEUM (USA) INC.,
Appellee

On appeal from Cause No. 2012-37056
234th Judicial District Court
Harris County, Texas

**UNOPPOSED — BAKER & McKENZIE LLP'S MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTE NEW COUNSEL**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Baker & McKenzie LLP ("Baker & McKenzie"), counsel for Brightoil Petroleum (USA), Inc. ("Brightoil"), moves to be allowed to withdraw as counsel in this appeal, and respectfully states:

Brightoil will now be represented by Seyfarth Shaw LLP and Esteban Shardonofsky. Esteban Shardonofsky's information is as follows:

Texas Bar No.: 24051323

Address: 700 Milam Street Suite #1400 Houston, Texas 77002-2812

Telephone Number: 713-225-1001

Fax Number: 713-821-0657

Email: sshardonofsky@seyfarth.com

1

Brightoil agrees and approves the withdrawal and substitution of counsel, neither of which is being done to delay this case.

A copy of this Motion to Withdraw and Substitute Counsel was delivered to Brightoil on February 13, 2015 by first class and certified mail. Baker & McKenzie has conferred with counsel for Appellants and he does not oppose this motion.

Based on the foregoing motion, Baker & McKenzie respectfully requests that it be allowed to withdraw as counsel and no longer represent Brightoil in this appeal. Seyfarth Shaw LLP and Esteban Shardonofsky will represent Brightoil in this appeal.

BAKER &MCKENZIE LLP

By: _____

Scott M. Nelson
Texas Bar No. 00797145
J. Richard Hammett
Texas Bar No. 24001054
Jordan A. Faykus
Texas Bar No. 24055472
BAKER & McKENZIE LLP
700 Louisiana, Suite 3000
Houston, TX 77002
Telephone: (713) 427-5000
Facsimile: (713) 427-5099

SEYFARTH SHAW LLP

By: _____

Esteban Shardonofsky
Texas Bar No. 24051323
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002-2812
Telephone: (713) 225-1001
Facsimile: (713) 821-0657

2

## CERTIFICATE OF CONFERENCE

I certify that on February 13, 2015, I conferred with Appellants' counsel K.B. Battaglini regarding this Motion to Withdraw. Mr. Battaglini is unopposed to same.

_____

## CERTIFICATE OF SERVICE

In accordance with Texas Rule of Appellate Procedure 9.5(e), on February 13, 2015, I served a true and correct copy of this document by email to the following counsel:

K. B. Battaglini
kbattaglini@strongpipkin.com
Elliott W. Taliaferro
etaliaferro@strongpipkin.com
STRONG PIPKIN BISSELL & LEDYARD LLP
4900 Woodway Drive, Suite 1200
Houston, Texas 77056

Counsel for Appellants

_____

## CERTIFICATE OF SERVICE ON BRIGHTOIL PETROLEUM (USA), INC.

This certifies that the undersigned served this motion to withdraw as counsel and substitute new counsel on Brightoil Petroleum (USA), Inc. by sending it to 1111 Bagby Street, Suite 2500, Houston, Texas 77002 by first class mail and by certified mail on February 13, 2015.

_____

3